UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-20300-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGELO CAPUZZO NIETO,

    Defendant.
_____/

## REPORT AND RECOMMENDATION OF CHANGE OF PLEA

**THIS CAUSE** is before the undersigned upon an Order of Reference from the Honorable Donald M. Middlebrooks, United States District Judge for the Southern District of Florida, to conduct a hearing for acceptance of a guilty plea by the defendant in the above-referenced case. **[DE 194]**. This Court, having conducted a change of plea hearing on July 2, 2010, makes the following recommendation:

1. On July 2, 2010, this Court convened a hearing to permit Defendant to enter a change of plea in this case. This Court advised Defendant of the right to have these proceedings conducted by the District Judge assigned to the case. Further, this Court advised Defendant that this Court was conducting the change of plea hearing on an Order of Reference from the District Court and at the agreement of Defendant, defense counsel, and the Assistant United States Attorney assigned to the case. This Court further advised Defendant that the District Judge assigned to this case would be the sentencing judge and would make all findings and rulings concerning Defendant's sentence and would conduct a sentencing hearing at a time set by the District Court.

2. This Court advised Defendant that Defendant did not have to permit the undersigned

United States Magistrate Judge to conduct this hearing and could require that the change of plea hearing be conducted only by a United States District Judge. Defendant, defense counsel, and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the change of plea hearing.

3. This Court conducted a plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4. There is a written plea agreement in this case that has been entered into by the parties in this case. **[DE 209]**. This Court reviewed the plea agreement on the record and had Defendant acknowledge that he signed the plea agreement. This Court also made certain that Defendant was aware of any minimum mandatory sentences and maximum sentences which could be imposed in this case pursuant to the plea agreement and applicable statutes.

5. Defendant pled guilty to the lesser-included offense in Count 1 set forth in the Indictment, that is, conspiracy to possess with the intent to distribute five-hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B)(ii).

6. The government stated a factual basis for the entry of the plea, which included all of the essential elements of the crimes to which Defendant is pleading guilty, and any sentencing enhancements and/or aggravating factors that may be applicable. The government also announced the possible maximum penalty in respect to the Indictment. Defendant acknowledged the possible maximum penalty which could be imposed in this case.

7. Based upon all the foregoing and the plea colloquy conducted by this Court, the undersigned recommends to the District Court that Defendant ANGELO CAPUZZO NIETO be

found to have freely and voluntarily entered a guilty plea to the Indictment, as more particularly described herein, and that Defendant be adjudicated guilty of the offense.

8.  A pre-sentence investigation is being prepared for the District Court by the United States Probation Office and sentencing has been set for **Tuesday, August 24, 2010, at 2:30 p.m., at the United States District Court, Southern District of Florida, in the James Lawrence King Federal Justice Building, 11th Floor, 99 NE 4th Street, Miami, Florida**.

**ACCORDINGLY**, the undersigned recommends to the District Court that Defendant's plea of guilty be accepted, that Defendant be adjudicated guilty of the offense to which a plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with United States District Judge Donald M. Middlebrooks.

**DONE AND SUBMITTED** in Chambers at Miami, Florida, this ___ day of July 2010.

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

CC:   Hon. Donald M. Middlebrooks
      Counsel of Record
      United States Probation, U.S. District Court